UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| STANLEY ALLEN, M.D., | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. _____ |
| | § |
| UNIVERSITY OF TEXAS MEDICAL | § |
| BRANCH AT GALVESTON, | § |
| *Defendant*. | § |

## *ATTACHMENT 1: All Executed Process*

CIVIL CITATION UPON WHOM

THE STATE OF TEXAS

CAUSE NO. 11-CV-1208 - 122nd District Court

Stanley Allen, M.D. vs. University of Texas Medical Branch

TO: University Of Texas Medical Branch at Galveston

upon whom process of service may be had by serving: **Joe A. Galvan, Department of Legal Affairs, Rebecca Sealy Hospital, Room 4.254, 301 University Boulevard, Galveston, Texas 77555**

Greeting:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. Said written answer may be filed by mailing same to : District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **122nd District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition - OCA** was filed **on this the 25th day of July, 2011**. It bears cause number **11-CV-1208** and see the attached petition/motion for named parties to the suit.

The name and address of the Movant or the attorney of record is:

**Anthony P Griffin**          Attorney / Pro Se
**1115 Moody**
**Galveston TX 77550-0000**

The nature of the demands of said Movant is shown by a true and correct copy of the **Original Petition - OCA** and made a part hereof. If this citation is not served, it shall be returned unserved.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 11th day of January, 2012.**

ATTEST:
JASON E. MURRAY, District Clerk
Galveston County, Texas
By: _____, Deputy
Terrie Kahla

NOTE: Status Conference Set:
02/23/12 AT 9:30 a.m.
SEE ATTACHED FORM

==================================================================
OFFICER'S OR AUTHORIZED & DISINTERESTED PERSON'S RETURN

Came to hand on _12_ day of _January_ 20_12_ at _1402_ o'clock _P_. M. and executed in _Galv_ County, Texas by delivering to the within named **University Of Texas Medical Branch**, by serving **Joe A. Galvan** in person or by registered or certified mail, return receipt requested, a true copy of this citation, with the date of delivery endorsed thereon, together with the accompanying true and correct copy of the **Original Petition - OCA**, at the following times and places, to-wit:

| Name | Date | Time of Service | Place |
|------|------|-----------------|-------|
|      |      |                 |       |

Fee – Serving: _____
Amount: _____

_Edward W Cruse 5780_
Name of Officer or Authorized & Disinterested Person

_Galveston_ County, Texas

By _Edward W Cruse_
Signature of Deputy or Authorized & Disinterested Person

Authorized & Disinterested Person's Verification:
On this day personally appeared _____, known to me to be the person whose signature appears on the foregoing return. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

Sworn to and subscribed before me, on this _____ day of _____, 20___.

Notary's Name Printed _____
Notary Public In and for the State of Texas _____
Commission Expires _____