UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| STANLEY ALLEN, M.D., | § |
|     *Plaintiff*, | § |
| | § |
| v. | §CIVIL ACTION NO. _____ |
| | § |
| UNIVERSITY OF TEXAS MEDICAL | § |
| BRANCH AT GALVESTON, | § |
|     *Defendant*. | § |

*ATTACHMENT 3:  All Orders Signed by the State Judge (None)*