UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| STANLEY ALLEN, M.D., § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. _____ |
| § | |
| UNIVERSITY OF TEXAS MEDICAL § | |
| BRANCH AT GALVESTON, § | |
| *Defendant*. § | |

# *ATTACHMENT 4:  State Court Docket Sheet*

Logout My Account Search Menu New Case Search Refine Search Back

Location : District Civil and Family Court   Images

# REGISTER OF ACTIONS
## CASE NO. 11-CV-1208

| | | |
|---|---|---|
| Stanley Allen, M.D. vs. University of Texas Medical Branch | § § § § § § | Case Type: **Other Civil - Other**<br>Date Filed: **07/25/2011**<br>Location: **122nd District Court**<br>Judicial Officer: **Ellisor, John** |

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| | | | **Lead Attorneys** |
| **Defendant** | University Of Texas Medical Branch | | Gregory W. Abbott |
| | | | *Retained* |
| | | | 5124727800(W) |
| | | | |
| **Plaintiff** | Allen, Stanley, MD | | Anthony P Griffin |
| | | | *Retained* |
| | | | 409-763-0386(W)<br>409-763-4102(F) |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 07/25/2011 | Original Petition - OCA |
| 07/25/2011 | OCA Case Information Sheet |
| 01/10/2012 | Request for Service |
| | *as to UTMB-assigned to tk* |
| 01/11/2012 | Citation Issuance - Work Product |
| 02/06/2012 | Original Answer |
| 02/23/2012 | **Status Conference** (9:30 AM) (Judicial Officer Ellisor, John) |
| | 10/27/2011 *Continued to 12/08/2011 - Lack of Service - Allen, Stanley, MD* |
| | 12/08/2011 *Reset by Court to 02/23/2012* |