IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| STANLEY ALLEN | § | |
| --- | --- | --- |
| | § | |
| V. | § | CIVIL ACTION NO. G-12-045 |
| | § | |
| UNIVERSITY OF TEXAS MEDICAL | § | |
| BRANCH GALVESTON TEXAS | § | |

## O R D E R

Having conferred with counsel of record during a Telephone Conference on April 13, 2012, it is **ORDERED** that counsel for Plaintiff, Stanley Allen, **SHALL** notify the Court, on or before **Friday, April 20, 2012**, whether he intends to file a Motion for Remand.

If a remand motion is to be filed the Court **WILL** promptly issue a briefing schedule; if not, the Court **WILL** enter a Docket Control Order in accordance with the Joint Discovery/Case Management Plan filed by Parties on April 5, 2012.

**DONE** at Galveston, Texas, this \_\_\_\_\_13th\_\_\_\_\_ day of April, 2012.

John R. Froeschner
United States Magistrate Judge