UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

STANLEY ALLEN, M.D.,
    PLAINTIFF,

v.                            CIVIL ACTION NO. 3:12-cv-00045

UNIVERSITY OF TEXAS MEDICAL
BRANCH AT GALVESTON,
    DEFENDANT.

<u>PLAINTIFF, STANLEY ALLEN, M.D.'S,</u>
<u>INITIAL DISCLOSURES PURSUANT TO RULE 26, F.R.C.P.</u>

Plaintiff, Stanley Allen, M.D., make this his Initial Disclosures, according to Rule 26 (a) (1) of the Federal Rules of Civil Procedure, as follows:

(a)(1)(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.

    RESPONSE:

1) Stanley D. Allen, M.D.-Contact information-Address: 1063 Long Reach Drive, Tiki Island, Texas 77554; telephone: cell-409-789-5916 c/o Anthony P. Griffin, A Griffin Lawyers, 1115 Twenty First Street, Galveston, Texas 77550; 409.763.0386.

[Plaintiff can provide testimony with respect to underlying facts and damages; disparate treatment.]

1

2) Karen Hand-Allen-Contact information-Address: 1063 Long Reach Drive, Tiki Island, Texas 77554; telephone: cell-713-962-1739.

   [Witness is wife of Plaintiff who can provide testimony with respect to underlying facts and damages incurred.]

3) Michael Megna, Retired UTMB-8/2010- Associate V.P. UTMB; Address: 1302 Silverleaf Dr., Friendswood, Texas 77546.

   [Witness is former business manager for Department; can provide testimony with respect to Plaintiff's production in comparison to others; policies and procedures of Department.]

4) UTMB-all the following:

   A) Garland Anderson, M.D. (former Provost & Dean, School of Medicine)

| **Directory Information** | | | |
|---|---|---|---|
| **Anderson, Garland D.**<br>ganderso@utmb.edu | Title | Status | Phone No. |
| | Special Advisor to President | Staff | (409) 772-1902 |
| | Department | Mail Route | Fax No. |
| | Office of the President | 0129 | (409) 772-5064 |
| | Building | Room | Mobile No |
| | Administration Building | 6.100 | |
| | Preferred Name | Delivery Location (L#) | Pager No |

[Witness can provide testimony with respect to underlying facts; actions taken against Plaintiff and policies and procedures.]

2

B) David Callender  M.D., UTMB President

| Callender, David L.<br>dcallender@utmb.edu | Title | Status | Phone No. |
|---|---|---|---|
| | President | Staff | (409) 772-1902 |
| | **Department** | **Mail Route** | **Fax No.** |
| | Office of the President | 0129 | (409) 772-5064 |
| | **Building** | **Room** | **Mobile No** |
| | Administration Building | 604 | |

[Witness can provide testimony with respect to underlying facts; actions taken against Plaintiff and policies and procedures.]

c) Donna Sollenberger, EVP & CEO UTMB Health System

| Sollenberger, Donna K.<br>dksoll@utmb.edu | Title | Status | Phone No. |
|---|---|---|---|
| | EVP & CEO Health System | Staff | (409) 772-6116 |
| | **Department** | **Mail Route** | **Fax No.** |
| | Hospital Administration | 0132 | (409) 266-2020 |
| | **Building** | **Room** | **Mobile No** |
| | Administration Building | 2.206 | (409) 770-3657 |
| | **Preferred Name** | **Delivery Location (L#)** | **Pager No** |

[Witness can provide testimony with respect to underlying facts; actions taken against Plaintiff and policies and procedures.]

D) Ronald Lindsey, M.D., UTMB Professor & Chairman Department of Orthopaedics

| **Lindsey, Ronald W.**  rlindsey@utmb.edu | Title | Status | Phone No. |
|---|---|---|---|
| | Professor & Chair | Faculty | (409) 747-5757 |
| | **Department** | **Mail Route** | **Fax No.** |
| | Orthopaedic Surgery | 0165 | (409) 747-5747 |
| | **Building** | **Room** | **Mobile No** |
| | Rebecca Sealy Hospital | 2.316 | |
| | **Preferred Name** | **Delivery Location (L#)** | **Pager No** |

[Witness can provide testimony with respect to underlying facts; actions taken against Plaintiff and policies and procedures.]

E) Josanne Smathers, Administrator, Department of Orthopaedics

| **Directory Information** | | | |
|---|---|---|---|
| **Smathers, Josanne E.**  jesmathe@utmb.edu | Title | Status | Phone No. |
| | Admin, Neuro/Neurosci&CB/Ortho | Staff | (409) 747-9479 |
| | **Department** | **Mail Route** | **Fax No.** |
| | Orthopaedic Surgery | 0165 | (409) 747-5766 |
| | **Building** | **Room** | **Mobile No** |
| | Rebecca Sealy Hospital | 2.316 | (409) 392-8787 |

[Witness can provide testimony with respect to underlying facts; actions taken against Plaintiff and policies and procedures.]

F) Courtney Townsend, M.D. Chairman - Department of Surgery, UTMB

| **Directory Information** | | | |
|---|---|---|---|
| **Townsend, Courtney M.**<br>ctownsen@utmb.edu | **Title** | **Status** | **Phone No.** |
| | Professor & Chair | Faculty | (409) 772-1285 |
| | **Department** | **Mail Route** | **Fax No.** |
| | Surgery-Administration | 0527 | (409) 772-5611 |
| | **Building** | **Room** | **Mobile No** |
| | John Sealy Annex | 6.146 | (409) 795-7275 |
| | **Preferred Name** | **Delivery Location (L#)** | **Pager No** |
| | | | |

[Witness can provide testimony with respect to underlying facts; actions taken against Plaintiff and policies and procedures.]

G) Marilyn Marx, M.D. –Department of Surgery UTMB

| **Directory Information** | | | |
|---|---|---|---|
| **Marx, Marilyn**<br>mamarx@utmb.edu | **Title** | **Status** | **Phone No.** |
| | Assoc Prof- N-T Track Clinical | Faculty | (409) 747-7359 |
| | **Department** | **Mail Route** | **Fax No.** |
| | Surgery-General Surgery | 0531 | (409) 747-7378 |
| | **Building** | **Room** | **Mobile No** |
| | John Sealy Annex | 6.312B | (409) 356-3433 |
| | **Preferred Name** | **Delivery Location (L#)** | **Pager No** |
| | | | (409) 643-1523 |

[Witness can provide testimony with respect to underlying facts; actions taken against Plaintiff and policies and procedures.]

H) Robert Smith, M.D.-Neurologist (Stanley Allen's Neurologist)

| **Smith, Robert G.**<br>robsmith@utmb.edu | Title | Status | Phone No. |
|---|---|---|---|
| | Professor & Chair Ad Interim | Faculty | (409) 772-8053 |
| | **Department** | **Mail Route** | **Fax No.** |
| | Neurology | 0539 | (409) 772-6940 |
| | **Building** | **Room** | **Mobile No** |
| | John Sealy Towers/ Hospital | 9.128G | |
| | **Preferred Name** | **Delivery Location (L#)** | **Pager No** |
| | | L08159 | |

[Witness can provide testimony with respect to the health assessment of Plaintiff in context of work duties and responsibilities.]

I) Bud Cherry, R.N. Director Pt Care Services ASST. CNO (OR Nurse Director)

| **Directory Information** | | | |
|---|---|---|---|
| **Cherry, Bernard E.**<br>becherry@utmb.edu | Title | Status | Phone No. |
| | Dir Pt Care Svcs & Asst CNO | Staff | (409) 772-4047 |
| | **Department** | **Mail Route** | **Fax No.** |
| | Nursing Service - Administrati | 0589 | (409) 772-3734 |
| | **Building** | **Room** | **Mobile No** |
| | John Sealy Annex | 2ND FLOOR | |
| | **Preferred Name** | **Delivery Location (L#)** | **Pager No** |

[Witness can provide testimony with respect to underlying facts; actions taken against Plaintiff and policies and procedures.]

J) Donald Prough, M.D. Chairman, Department of Anesthesiology

|  | Title | Status | Phone No. |
|---|---|---|---|
| **Prough, Donald S.** [dsprough@utmb.edu](mailto:dsprough@utmb.edu) | Professor & Chair | Faculty | (409) 772-2965 |
|  | **Department** | **Mail Route** | **Fax No.** |
|  | Anesthesiology | 0591 | (409) 772-4166 |
|  | **Building** | **Room** | **Mobile No** |
|  | John Sealy Annex | 2-A |  |
|  |  |  |  |

[Witness can provide testimony with respect to underlying facts; actions taken against Plaintiff and policies and procedures.]

K) Harry Wallfisch, M.D.

|  | Title | Status | Phone No. |
|---|---|---|---|
| **Wallfisch, Harry K.** [hwallfis@utmb.edu](mailto:hwallfis@utmb.edu) | Professor | Faculty | (409) 747-9451 |
|  | **Department** | **Mail Route** | **Fax No.** |
|  | Anesthesiology | 0138 | (409) 747-9452 |
|  | **Building** | **Room** | **Mobile No** |
|  | Rebecca Sealy Hospital | 2.318 |  |
|  | **Preferred Name** | **Delivery Location (L#)** | **Pager No** |

[Witness can provide testimony with respect to underlying facts; actions taken against Plaintiff and policies and procedures.]

Anthony P. Griffin
A Griffin Lawyers
1115 Twenty First Street
Galveston, Texas  77550
409.763.0386

[Witness can provide testimony with respect to reasonable and necessary attorneys' fees]


(a)(1)(B) A copy of, or a description by category and location of, all documents, data compilations and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

    RESPONSE:

- Medical records for Stanley Allen; see documents under Tab A (assessment 2011) & B (assessment 2009); (protective order will be circulated to protect medical records and confidential information).
- Tab C – General Correspondences
- Tab D – Charges Collections Summary/11/2007-2007
- Tab E – Analysis Charges/Faculty Group Practices 2007-2010
- Tab F – Weekly Charges 2008
- Tab G – Weekly Charges 2009
- Tab H – Charges 2010
- Tab I – Pay Records 2006-2007
- Tab J – Pay Records 2007-2008
- Tab K – Pay Records 2009
- Tab L – Pay Records 2010
- Tab M – Promotion Records
- Tab N – UTMB Memorandum of Appointments 2007-2010
- Tab O – Privileges documents 2007-2011

- Tab P - Contract of Employment – lawyer.
- Tab Q - Resume – Curriculum Vitae – lawyer.
- Tab R – Summary of Pay Checks

(a)(1)(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

RESPONSE:

A. Declaratory judgment stating that the Defendant has engaged in discriminatory conduct and that Defendant has violated Texas law against Plaintiff because of his disability;

B. Back wages and benefits;

2007 - $325,000.00

2008 - $307,000.00 = $18,000.00

2009 - $286,000.00 = $39,000.00

2010 - $266,500.00 = $59,000.00

2011 - $266,500.00 = $59,000.00

[Does not include benefits lost]

C. Compensatory damages incurred in the past, present and future;

[$300,000.00 – no mathematical calculation for

                compensatory damages.]

        D.      Reasonable and necessary attorney's fees incurred

                in the prosecution of this matter [$75,000.00 –

                $100,000.00; at $375.00 an hour.]

        E.      Pre-judgment and post-judgment interest;

        F.      Costs of court.


(a)(1)(D) For inspection and copying as under Rule 34 any
          insurance agreement under which any person carrying
          on an insurance business may be liable to satisfy
          part or all of a judgment which may be entered
          in the action or to indemnify or reimburse for
          payments made to satisfy the judgment.

        RESPONSE:

        N/A.


        DATE:   May 4, 2012.

                                Respectfully submitted,


                                /s/ ANTHONY P. GRIFFIN
                                _____

                                ANTHONY P. GRIFFIN
                                ATTORNEY-IN-CHARGE

                                STATE BAR NO. 08455300
                                FEDERAL ADMISSIONS NO. 4736

A GRIFFIN LAWYERS
1115 TWENTY FIRST STREET
GALVESTON, TEXAS   77550
409.763.0386
1.800.750.5034
FACSIMILE NO. 409.763.4102

CERTIFICATE OF SERVICE

This is to certify that on this the 4th day of May, 2012, a true and correct copy of the foregoing Plaintiff's Initial Disclosures were forwarded to opposing counsel, by electronic transmission and certified mail, return receipt requested, postage prepaid wherever noted, to-wit:

```
        ANA MARIE JORDAN
    ASSISTANT ATTORNEY GENERAL
    OFFICE OF THE ATTORNEY GENERAL
      GENERAL LITIGATION DIVISION
    P.O. BOX 12548, CAPITOL STATION
        AUSTIN, TEXAS 78711-2548
```

CERTIFIED MAIL, RRR NO. 91 7108 2133 3934 9976 8012

/S/ ANTHONY P. GRIFFIN

_____

ANTHONY P. GRIFFIN

c:word.allen_stanley_plaintiff_initial_disclosures