UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STANLEY ALLEN, M.D., § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | CIVIL ACTION NO. 3:12-cv-00045 | |
| § | | |
| UNIVERSITY OF TEXAS MEDICAL § | | |
| BRANCH AT GALVESTON, § | | |
| *Defendant.* § | | |

## DEFENDANT'S NOTICE OF INITIAL DISCLOSURE TO PLAINTIFF

Defendant, The University of Texas Medical Branch at Galveston ("UTMB"), by and through its attorney of record, the Attorney General for the State of Texas, hereby gives notice that on this day it served Plaintiff with Defendant's Initial Disclosure.

Respectfully submitted May 4, 2012.

    Respectfully submitted,

    GREG ABBOTT
    Attorney General of Texas

    DANIEL T. HODGE
    First Assistant Attorney General

    DAVID C. MATTAX
    Deputy Attorney General for Defense Litigation

    ROBERT O'KEEFE
    General Litigation, Division Chief

    */s/ Ana Marie Jordan*
    **ANA MARIE JORDAN**
    Assistant Attorney General
    Texas Bar No. 00790748
    Southern District No.: 24125
    General Litigation Division
    P.O. Box 12548, Capitol Station
    Austin, Texas 78711-2548
    (512) 463-2120 Phone/(512) 320-0667 Fax
    Email: Ana.Jordan@texasattorneygeneral.gov

    **ATTORNEYS FOR DEFENDANT**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by certified mail# 7010 1870 0000 9849 7335 on May 4, 2012, upon the following individuals at the listed addresses:

Anthony P. Griffin
Attorney for Plaintiff
1115 Moody
Galveston, Texas 77550
409-763-0386
409-763-4102 FAX
Email: anthonypgriffin@gmail.com

                                         /s/*Ana Marie Jordan*
                                         **ANA MARIE JORDAN**
                                         Assistant Attorney General

# NOTICE OF ELECTRONIC FILING

I, Ana Marie Jordan, hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing pleading in accordance with the Electronic Case Files System of the Southern District of Texas on May 4, 2012.

                                         /s/ *Ana Marie Jordan*
                                         **ANA MARIE JORDAN**
                                         Assistant Attorney General